| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA |
| Case number *(if known)* _____ Chapter **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Quality First Construction LLC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA Quality First Marine** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **33-1124341** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1254 N. Columbia Street**<br>**Covington, LA 70433-1610**<br>Number, Street, City, State & ZIP Code<br><br>**Saint Tammany**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1400 Destrehan Avenue Harvey, LA 70058**<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://qualityfirstmarine.com/** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Quality First Construction LLC**      Case number (*if known*) _____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **4832**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:

    - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Quality First Construction LLC**     Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor **Quality First Construction LLC**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Quality First Construction LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 6, 2025**
MM / DD / YYYY

X **/s/ Christina Thuy Couvillon**        **Christina Thuy Couvillon**
Signature of authorized representative of debtor        Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ Ryan J. Richmond**        Date **June 6, 2025**
Signature of attorney for debtor        MM / DD / YYYY

**Ryan J. Richmond**
Printed name

**Sternberg, Naccari & White, LLC**
Firm name

**450 Laurel Street**
**Suite 1450**
**Baton Rouge, LA 70801**
Number, Street, City, State & ZIP Code

Contact phone **(225) 412-3667**        Email address **ryan@snw.law**

**30688 LA**
Bar number and State

# UNANIMOUS WRITTEN CONSENT
# OF
# THE SOLE MEMBER AND MANAGER
# OF
# QUALITY FIRST CONSTRUCTION LLC
# D/B/A QUALITY FIRST MARINE

The Christina Couvillion-Do ("Member"), holder of 100% of the outstanding equity securities of Quality First Construction LLC d/b/a Quality First Marine (the "Company"), as well as its sole manager, hereby agrees and consents to the adoption of the following resolutions (the "Resolutions") effective as of Tuesday, May 20, 2025:

**RESOLVED** that, the undersigned, who is the sole member and sole manager of the Company and who represent 100% of the Company's voting interests, has determined that it is advisable and in the best interests of the Company that the Company file a voluntary petition seeking relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which reorganization of the Company will be sought; and the filing of such petition be, and it hereby is, authorized in all respects.

**RESOLVED** that Christina Couvillion-Do, Manager, be and is hereby appointed as the authorized signatory (the "Authorized Signatory") of the Company in connection with the Chapter 11 proceeding authorized herein.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court") at such time as the Authorized Signatory executing the same shall determine.

**RESOLVED**, that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute and file all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatory may deem necessary, proper or desirable in connection with the Subchapter V case.

**RESOLVED**, that Sternberg, Naccari & White, LLC ("Sternberg") be and it is hereby employed to render legal services to, and to represent the Company in connection with the Subchapter V bankruptcy case as set forth in Sternberg's engagement agreement and any other related matters in connection therewith, on such terms as the Authorized Signatory shall approve.

**RESOLVED**, that the Company shall provide Sternberg with a retainer of $21,738.00, which consists of a legal services retainer of $20,000.00 for Sternberg's attorneys' fees and costs and the applicable Chapter 11 filing fee of $1,738.00.

**RESOLVED**, that to the extent any equity security holder of the Company has paid or does pay all or a portion of Sternberg's retainer, such payment(s) shall not be considered a loan to the Company, but rather a contribution to equity.

Initial

**RESOLVED**, that an Authorized Signatory be, and is hereby authorized, empowered, and directed for, on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable.

**RESOLVED**, that the Authorized Signatory and any employees or agents (including counsel) designated by or directed by the Authorized Signatory, be, and is hereby authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatory, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of the Authorized Signatory being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be and is hereby authorized, empowered, and directed for, and on behalf of, and in the name of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing Resolutions.

**RESOLVED**, that all actions heretofore or hereafter taken by the Authorized Signatory, employee, or agent (including counsel) of the Company within the terms of the foregoing resolutions be and they are hereby ratified, confirmed, authorized, and approved as the act and deed of the Company.

**RESOLVED**, that the Authorized Signatory, be, and is hereby authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

**RESOLVED**, that the undersigned members and managers acknowledge and agree that Sternberg has made no promise or guarantee regarding the outcome of any legal matter.

**RESOLVED**, that the undersigned members and managers acknowledge that Sternberg does not represent them, individually, but rather that Sternberg represents the Company, a separate

2

and distinct juridical person, and thus, it may be in undersigned's best interests to retain separate legal counsel, individually.

   **RESOLVED**, that the undersigned members and managers are aware of and acknowledge that they may be the subject of actions under Chapter 5 of the Bankruptcy Code and/or non-bankruptcy law, and thus, it may be in their best interests to retain legal counsel, individually.

   **RESOLVED**, that the undersigned is aware of and acknowledges that the automatic stay under § 362(a) of the Bankruptcy Code does not extend to them, and thus, (i) creditors may pursue actions against insiders and affiliates of the Company to the extent they are co-obligors or guarantors of the Company and (ii) if Company requests that Sternberg seek an extension of the automatic stay to the undersigned, the likelihood of obtaining such relief is extremely low because bankruptcy courts historically do not extend the automatic stay to non-debtors.

   **RESOLVED**, that the undersigned, being the sole member and manager of the Company, acknowledges and understands that the Company shall not pay, satisfy, or otherwise transfer any funds, property, or assets in respect of any debt, liability, obligation, or claim of the Company that arose prior to the commencement date of the Company's bankruptcy case, except as authorized by an order of the Bankruptcy Court.

**READ AND AGREED TO**:

DocuSigned by:
_[signature]_
612621828CE140F...
_____    Date: 5/22/2025
By: Christina Couvillion-Do
Its: Sole Member and Manager

# United States Bankruptcy Court
## Eastern District of Louisiana

In re: **Quality First Construction LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 6, 2025**

**/s/ Christina Thuy Couvillon**
**Christina Thuy Couvillon**/**Manager**
Signer/Title

3 C's Diesel Services, LLC
249 East 74th Street
Cut Off, LA 70345

A&H Armature Works Inc
PO Box 310
Westwego, LA 70094

Adobe
345 Park Avenue
San Jose, CA 95110

Angie Arceneaux Akers
Suite 500 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002

Anywhere Marine Repair & Maintenance LLC
943 Jean Lafitte Blvd
Lafitte, LA 70067

APS
4441 Trenton Street
Metairie, LA 70006

Arrow Fence & Supply
PO Box 35
Kenner, LA 70063

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

AT&T U-Verse
P.O. Box 5014
Carol Stream, IL 60197-5014

B&S Equipment Co., Inc.
2101 Engineers Road
Belle Chasse, LA 70037

Barbara Rivera-Fulton, Chapter 7 Trustee
P.O. Box 19980
New Orleans, LA 70179

```
C T Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349


C-B Big D LLC
371 Walker Road
Belle Chasse, LA 70037


Capital One
15000 Capital One Drive
Henrico, VA 23238


Capital One
P.O. Box 85617
Richmond, VA 23285


Capital One
P.O. Box 60599
City of Industry, CA 91716


Charter Business
P.O. Box 742614
Cincinnati, OH 45274-2614


Christopher R. Pennison
Suite 500 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002


Cleco Power LLC
P.O. Box 660228
Dallas, TX 75266-0228


Cohen Seglias
1600 Market Street
32nd Floor
Philadelphia, PA 19103


Colonial Life
P.O. Box 903
Columbia, SC 29202-0903


Couvillion Group, LLC
P.O. Box 344
Belle Chasse, LA 70037
```

Craig J. Robichaux
2250 7th Street
Mandeville, LA 70471


Darryl S. Couvillion, Jr.
196 Forest Oacks Drive
New Orleans, LA 70131


David J. Messina
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300


Deep South Prop Shop LLC
501 East Main Street
Lockport, LA 70374


Donovan Marine, Inc.
PO Box 1979
Memphis, TN 38101


Douglas Kunkle
72291 Forrest Drive
Covington, LA 70433


E.J. Halverson & Associates, Inc
P.O. Box 9189
Metairie, LA 70055


Eagle Control Systems, Inc
4341 Inniswold Rd
Baton Rouge, LA 70809


Enterprise
3850 N Causeway Blvd
Suite 1800
Metairie, LA 70002


Fernand L. Laudumiey, IV
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300

```
Fidelity Bank
P.O. Box 5990
Metairie, LA 70009


G&C Vacuum Services LLC
P.O. Box 95
Lafitte, LA 70067


Gas and Supply
125 Thuway Park
Broussard, LA 70518-3601


Hardrock Marine Services, LLC
2333 Brooklyn Avenue
Harvey, LA 70058


Harvey Dock, LLC
2333 Brooklyn Avenue
Harvey, LA 70058


Headquarters 1, LLC
1254 N. Columbia Street
Covington, LA 70433


Hernandez Lawn Care LLC
72166 E 4th Street
Covington, LA 70433


Higer Gov
70 Washington Street
Brooklyn, NY 11201


Hydra Force, LLC
1910 Engineers Road
Belle Chasse, LA 70037


Independent Diving Services
100 Herman Drive
Belle Chasse, LA 70037


Independent Diving Services, LLC
100 Herman Drive
Belle Chasse, LA 70037
```

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
PO Box 730223
Dallas, TX 75373-0223

J & J Exterminating Co., Inc
PO Box 52286
Lafayette, LA 70505-2286

Jay M. Lonero
Suite 500 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002

Jeanfreau's Hardware and Supply
8594 Hwy 23
Belle Chasse, LA 70037

Jetimpex, Inc
525 NE 14th Ave.
Fort Lauderdale, FL 33301

John Emmit
601 Poydras Street
Suite 1850
New Orleans, LA 70130

Jonny White's C and W Air Repair, Inc
PO Box 1191
Marrero, LA 70073

Kubota Credit Corporation
P.O. Box 559
Carol Stream, IL 60132-0559

Kwik Clinic
1117 S Tyler Street
Covington, LA 70433

LA Licensing Bd. for General Contractors
445 Dexter Avenue
Suite 3060
Montgomery, AL 36104


LA State Licensing Board for Contractors
600 North Street
Baton Rouge, LA 70802


Lavoda Systems
PO Box 492
Mandeville, LA 70470


Liskow & Lewis, APLC
701 Poydras St.
Suite 5000
New Orleans, LA 70139


Louisiana Department of Revenue
Bankruptcy and Insolvency Department
P.O. Box 66658
Baton Rouge, LA 70896-6658


Lyle Machinery
PO Box 23087
Jackson, MS 39225


Marine Systems, Inc.
PO Box 301284
Dallas, TX 75303-1285


Mississippi Board of Contractors
2679 Crane Ridge Drive
Suite C
Jackson, MS 39216


Napa Auto Parts/Blanchard
P.O. Box 846
Belle Chasse, LA 70037


Nicole C. Katz
2300 Energy Centre
1100 Poydras
New Orleans, LA 70163-2300

```
Nitro Pro
350 N Clark Street
Chicago, IL 60654


Northwestern Mutual
PO Box 88243
Milwaukee, WI 53288


Office of the U.S. Trustee
600 S. Maestri Place
Suite 840-T
New Orleans, LA 70130


Pacific Gulf Wire & Rope
1504 Engineers Road
Belle Chasse, LA 70037


Principal Life Insurance Co.
PO Box 77202
Minneapolis, MN 55480-7200


Progressive
PO Box 650019
Dallas, TX 75265-0019


Raffield Fisheries, Inc
PO Box 309
Port Saint Joe, FL 32457


Regions Bank
P.O. Box 1984
Birmingham, AL 35201


Regions Bank
c/o Corporation Service Company
450 Laurel Street, 8th Floor
Baton Rouge, LA 70801


Regions Bank
1900 Fifth Avenue North
Birmingham, AL 35203


Retif Oil & Fuel
1840 Jutland Drive,
Harvey, LA 70058
```

```
Rosepoint Navigations
NE 68th St.
Suite A100
Redmond, WA 98052


Rouses Enterprises, LLC
PO Box 5358
Thibodaux, LA 70302-5358


Sewart Supply, LLC
P.O. Drawer L
Morgan City, LA 70381


Surf N Turf
1101 Radcliff Avenue
Lynn Haven, FL 32444


Talley, Anthony, Hughes & Knight, LLC
2250 7th Street
Mandeville, LA 70471


Teche Towing
2805 Hwy. 128 East
Morgan City, LA 70380


Thomas H. Huval
P.O. Box 1810
Covington, LA 70434-1810


Thuy "Christina" Couvillion
1254 N. Columbia Street
Covington, LA 70433


Timothy W. Hassinger
3 Sanctuary Blvd.
3rd Floor
Mandeville, LA 70471


TM Marine & Fabrication LLC
3008 Jean Lafitte Blvd
Lafitte, LA 70067


TM Metal Services LLC
2901 Jean Lafitte Blvd
Lafitte, LA 70067
```

```
Tommy Fletcher
5150 Savannah Lane
Marrero, LA 70072


Tranchina & Mansfield, LLC
321 E. Kirkland Street
Covington, LA 70433


Tug & Barge Solutions, LLC
P.O. Box 1587
Daphne, AL 36526


U.S. Attorney, Eastern District of LA
650 Poydras Street
Suite 1600
New Orleans, LA 70130-7212


U.S. Small Business Administration
365 Canal Street
Suite 2820
New Orleans, LA 70130


U.S. Small Business Administration
500 Poydras Street
Suite 828
New Orleans, LA 70130


UDA
2272 Moores Mill Road
Suite 201
Auburn, AL 36830


United Healthcare
PO Box 959782
Saint Louis, MO 63195-9782


Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108


Waste Management
P.O. Box 660345
Dallas, TX 75266-0345
```

```
West Jefferson Industrial Medicine
107 Wall Blvd.
Suite A
Gretna, LA 70056
```