**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re:** | **CASE NO. 25-11157** |
| **QUALITY FIRST CONSTRUCTION, LLC** | **CHAPTER 11** |
| Debtor | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**Thomas H. Huval** files this notice of appearance as legal counsel for Creditor, **Darryl S. Couvillion, Jr.**, and requests that all notices given or required to be given in this case and all consolidated and/or jointly administered cases herein, and all papers required to be filed and/or served in this case and all consolidated and/or jointly administered cases herein, be sent to the undersigned.

June 10, 2025.                    Respectfully submitted,

                                  **JONES FUSSELL, LLC**

                                  */s/ Thomas H. Huval*
                                  **THOMAS H. HUVAL (#21725)**
                                  P. O. Box 1810
                                  Covington, LA 70434
                                  (o) 985-892-4801
                                  (f) 985-259-8003
                                  thuval@jonesfussell.com