**Fill in this information to identify the case:**

Debtor name    **Quality First Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **25-11157**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 3, 2025**      X **/s/ Christina Thuy Couvillon**
                                       Signature of individual signing on behalf of debtor

                                       **Christina Thuy Couvillon**
                                       Printed name

                                       **Manager**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Quality First Construction LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF LOUISIANA

Case number (if known)    **25-11157**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................    $     5,325,955.05

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................................    $     5,325,955.05

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $     994,611.51

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     2,371,506.03

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b    $     3,366,117.54

| Fill in this information to identify the case: |
| --- |

Debtor name   **Quality First Construction LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF LOUISIANA

Case number (if known)   **25-11157**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:        Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.     **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
| --- | --- | --- | --- | --- | --- |
| 11b. Over 90 days old: | **1,147,713.58** | - | **0.00** | =.... | **$1,147,713.58** |
| 11b. Over 90 days old: | **20,543.02** | - | **0.00** | =.... | **$20,543.02** |
| 11b. Over 90 days old: | **11,415.76** | - | **0.00** | =.... | **$11,415.76** |
| 11b. Over 90 days old: | **11,282.69** | - | **0.00** | =.... | **$11,282.69** |

| Debtor | **Quality First Construction LLC** | Case number *(if known)* **25-11157** |
|---|---|---|
| | Name | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $1,190,955.05 |
|---|---|

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **desks and printers** | $2,725.00 | N/A | $1,500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Laptops, desktop computer and related electronics.** | Unknown | N/A | $500.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $2,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

| Debtor | **Quality First Construction LLC** | Case number *(if known)*  **25-11157** |
|---|---|---|
| | Name | |

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Trailer** | **Unknown** | **N/A** | **$8,500.00** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **M/V Pam G** | **Unknown** | **Appraisal** | **$695,000.00** |
| 48.2.  **M/V Lady Michelle** | **Unknown** | **Appraisal** | **$656,000.00** |
| 48.3.  **M/V Lil Cruse** | **Unknown** | **N/A** | **$400,000.00** |
| 48.4.  **M/V Kyle C** | **Unknown** | **N/A** | **$125,000.00** |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Kubota Model #SVL752HW** | **Unknown** | **N/A** | **$45,000.00** |
| **Kawasaki Mule** | **Unknown** | **N/A** | **$3,500.00** |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| **$1,933,000.00** |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | **Quality First Construction LLC** | Case number *(If known)*  **25-11157** |
|---|---|---|
| | Name | |

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Office building (headquarters) located at 1254 N. Columbia Street, Covington, LA 70433. Leased from Headquarters 1, LLC.** | Leasehold | Unknown | N/A | Unknown |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

|  |
|---|
| **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 10:**     Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties**<br>**Louisiana Contractor's License 57911** | Unknown | N/A | Unknown |
| **Mississippi Contractor's License 23231** | Unknown | N/A | Unknown |
| **Alabama Contractor's License 56749** | Unknown | N/A | Unknown |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

Debtor **Quality First Construction LLC**                    Case number *(If known)* **25-11157**
Name

66. **Total of Part 10.**                                                                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Breach of contract against Daryl Couvillion.** | $600,000.00 |
|---|---|
| Nature of claim | |
| Amount requested        $600,000.00 | |

| **Breach of contract claim against B&S Equipment.** | $1,600,000.00 |
|---|---|
| Nature of claim | |
| Amount requested        $1,600,000.00 | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                                               $2,200,000.00

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No

| Debtor | **Quality First Construction LLC** | Case number *(If known)* | **25-11157** |
|--------|------------------------------------|--------------------------|--------------|
|        | Name                               |                          |              |

☐ Yes

Debtor   **Quality First Construction LLC**                          Case number *(If known)*  **25-11157**
         Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,190,955.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,933,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,200,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,325,955.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $5,325,955.05 |

| Fill in this information to identify the case: |
|---|

Debtor name  **Quality First Construction LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF LOUISIANA

Case number (if known)  **25-11157**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Darryl S. Couvillion, Jr.**<br>Creditor's Name<br><br>**196 Forest Oacks Drive**<br>**New Orleans, LA 70131**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**M/V Pam G** | **$472,562.50** | **$695,000.00** |

**2.1  Darryl S. Couvillion, Jr.**
Creditor's Name

**196 Forest Oacks Drive**
**New Orleans, LA 70131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fidelity Bank**
**2. Darryl S. Couvillion, Jr.**
**3. Harvey Dock, LLC**

Describe debtor's property that is subject to a lien
**M/V Pam G**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

| Column A | Column B |
|---|---|
| **$472,562.50** | **$695,000.00** |

---

**2.2  Darryl S. Couvillion, Jr.**
Creditor's Name

**196 Forest Oacks Drive**
**New Orleans, LA 70131**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**M/V Lady Michelle**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Column A | Column B |
|---|---|
| **$0.00** | **$656,000.00** |

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Fidelity Bank
2. Darryl S. Couvillion, Jr.
3. Independent Diving Services, LLC
4. Harvey Dock, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Fidelity Bank** | Describe debtor's property that is subject to a lien | **$363,524.49** | **$695,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5990
Metairie, LA 70009**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Last 4 digits of account number
1139**

**M/V Pam G**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Fidelity Bank** | Describe debtor's property that is subject to a lien | **$0.00** | **$656,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5990
Metairie, LA 70009**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**M/V Lady Michelle**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Harvey Dock, LLC** | Describe debtor's property that is subject to a lien | **$147,501.23** | **$695,000.00** |
|---|---|---|---|---|

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

Creditor's Name

**M/V Pam G**

**2333 Brooklyn Avenue
Harvey, LA 70058**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

| **Do multiple creditors have an interest in the same property?** | |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ■ Disputed |

---

| 2.6 | **Harvey Dock, LLC** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$656,000.00** |
|---|---|---|---|---|

Creditor's Name

**M/V Lady Michelle**

**2333 Brooklyn Avenue
Harvey, LA 70058**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

| **Do multiple creditors have an interest in the same property?** | |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ■ Disputed |

---

| 2.7 | **Independent Diving Services, LLC** | **Describe debtor's property that is subject to a lien** | **$889.84** | **$656,000.00** |
|---|---|---|---|---|

Creditor's Name

**M/V Lady Michelle**

**100 Herman Drive
Belle Chasse, LA 70037**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $10,133.45 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 559**
**Carol Stream, IL**
**60132-0559**

Creditor's mailing address

Creditor's email address, if known

**Kubota Model #SVL752HW**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9242**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $994,611.51 |
|---|---|---|

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **Quality First Construction LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **25-11157**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

**Thuy "Christina" Couvillion**
**1254 N. Columbia Street**
**Covington, LA 70433**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Unpaid salary**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**2.2** | Priority creditor's name and mailing address

**Tommy Fletcher**
**5150 Savannah Lane**
**Marrero, LA 70072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **Unknown**    Priority amount: **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,913.35**

**3 C's Diesel Services, LLC**
**249 East 74th Street**
**Cut Off, LA 70345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,883.00**

**A&H Armature Works Inc**
**PO Box 310**
**Westwego, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$148.51**

**Adobe**
**345 Park Avenue**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,470.00**

**Anywhere Marine Repair & Maintenance LLC**
**943 Jean Lafitte Blvd**
**Lafitte, LA 70067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.00**

**APS**
**4441 Trenton Street**
**Metairie, LA 70006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$292.00**

**Arrow Fence & Supply**
**PO Box 35**
**Kenner, LA 70063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,277.84**

**AT&T**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality First Construction LLC** | Case number (*if known*) | **25-11157** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83.00 |
|---|---|---|---|

**AT&T U-Verse**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $427,885.39 |
|---|---|---|---|

**B&S Equipment Co., Inc.**
**2101 Engineers Road**
**Belle Chasse, LA 70037**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Barbara Rivera-Fulton, Chapter 7 Trustee**
**P.O. Box 19980**
**New Orleans, LA 70179**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,361.00 |
|---|---|---|---|

**C T Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197-4349**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**C-B Big D LLC**

**371 Walker Road**
**Belle Chasse, LA 70037**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,585.80 |
|---|---|---|---|

**Capital One**
**15000 Capital One Drive**
**Henrico, VA 23238**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,000.00 |
|---|---|---|---|

**Capital One**
**15000 Capital One Drive**
**Henrico, VA 23238**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$248.83**

**Charter Business**
P.O. Box 742614
Cincinnati, OH 45274-2614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$623.34**

**Cleco Power LLC**
P.O. Box 660228
Dallas, TX 75266-0228

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,966.35**

**Cohen Seglias**
1600 Market Street
32nd Floor
Philadelphia, PA 19103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$715.93**

**Colonial Life**
P.O. Box 903
Columbia, SC 29202-0903

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$427,365.81**

**Couvillion Group, LLC**
P.O. Box 344
Belle Chasse, LA 70037

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Craig J. Robichaux**
2250 7th Street
Mandeville, LA 70471

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,212.00**

**Deep South Prop Shop LLC**
501 East Main Street
Lockport, LA 70374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,521.42** |
|---|---|---|---|
| | **Donovan Marine, Inc.**<br>**PO Box 1979**<br>**Memphis, TN 38101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Douglas Kunkle**<br>**72291 Forrest Drive**<br>**Covington, LA 70433** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,205.16** |
|---|---|---|---|
| | **E.J. Halverson & Associates, Inc**<br>**P.O. Box 9189**<br>**Metairie, LA 70055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,164.43** |
|---|---|---|---|
| | **Eagle Control Systems, Inc**<br>**4341 Inniswold Rd**<br>**Baton Rouge, LA 70809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,458.00** |
|---|---|---|---|
| | **Enterprise**<br>**3850 N Causeway Blvd**<br>**Suite 1800**<br>**Metairie, LA 70002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **First Horizon**<br>**as successor to Iberia Bank**<br>**165 Madison Avenue**<br>**Memphis, TN 38103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Guarantee of Master Equipment Finance Lease.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,562.67** |
|---|---|---|---|
| | **G&C Vacuum Services LLC**<br>**P.O. Box 95**<br>**Lafitte, LA 70067** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$216.20** |
|---|---|---|
| **Gas and Supply** | ☐ Contingent | |
| **125 Thuway Park** | ☐ Unliquidated | |
| **Broussard, LA 70518-3601** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,172.44** |
|---|---|---|
| **Hardrock Marine Services, LLC** | ☐ Contingent | |
| **2333 Brooklyn Avenue** | ☐ Unliquidated | |
| **Harvey, LA 70058** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$93,500.00** |
|---|---|---|
| **Headquarters 1, LLC** | ☐ Contingent | |
| **1254 N. Columbia Street** | ☐ Unliquidated | |
| **Covington, LA 70433** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Unpaid rent** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|
| **Hernandez Lawn Care LLC** | ☐ Contingent | |
| **72166 E 4th Street** | ☐ Unliquidated | |
| **Covington, LA 70433** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|
| **Higer Gov** | ☐ Contingent | |
| **70 Washington Street** | ☐ Unliquidated | |
| **Brooklyn, NY 11201** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.34**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,069.64** |
|---|---|---|
| **Hydra Force, LLC** | ☐ Contingent | |
| **1910 Engineers Road** | ☐ Unliquidated | |
| **Belle Chasse, LA 70037** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: __ | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.35**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **IPFS Corporation** | ☐ Contingent | |
| **PO Box 730223** | ☐ Unliquidated | |
| **Dallas, TX 75373-0223** | ☐ Disputed | |
| Date(s) debt was incurred __ | | |
| Last 4 digits of account number __ | Basis for the claim: **Insurance premium financing.** | |
| | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **Quality First Construction LLC**
_____
Name

Case number (if known)  **25-11157**

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**J & J Exterminating Co., Inc**
**PO Box 52286**
**Lafayette, LA 70505-2286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.27 |
|---|---|---|---|

**Jeanfreau's Hardware and Supply**
**8594 Hwy 23**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.00 |
|---|---|---|---|

**Jetimpex, Inc**
**525 NE 14th Ave.**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|

**John Emmit**
**601 Poydras Street**
**Suite 1850**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,752.00 |
|---|---|---|---|

**Jonny White's C and W Air Repair, Inc**
**PO Box 1191**
**Marrero, LA 70073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,274.22 |
|---|---|---|---|

**Kubota Credit Corporation**
**P.O. Box 559**
**Carol Stream, IL 60132-0559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**Kwik Clinic**
**1117 S Tyler Street**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,848.00**
---|---|---|---

**Lavoda Systems**
**PO Box 492**
**Mandeville, LA 70470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,713.99**

**Liskow & Lewis, APLC**
**701 Poydras St.**
**Suite 5000**
**New Orleans, LA 70139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$561.91**

**Lyle Machinery**
**PO Box 23087**
**Jackson, MS 39225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$396.28**

**Marine Systems, Inc.**
**PO Box 301284**
**Dallas, TX 75303-1285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$387,800.00**

**MV CAPT KEDO LLC**
**1254 N. Columbia Street**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Loan from affiliated LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,931.39**

**Napa Auto Parts/Blanchard**
**P.O. Box 846**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Nitro Pro**
**350 N Clark Street**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,055.36**

**Northwestern Mutual**
**PO Box 88243**
**Milwaukee, WI 53288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$927.00**

**Pacific Gulf Wire & Rope**
**1504 Engineers Road**
**Belle Chasse, LA 70037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$337.48**

**Principal Life Insurance Co.**
**PO Box 77202**
**Minneapolis, MN 55480-7200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,179.46**

**Progressive**
**PO Box 650019**
**Dallas, TX 75265-0019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$226,000.00**

**Purple Coast Equipment, LLC**
**1254 N. Columbia Street**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Loan from affiliated LLC.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,130.00**

**Raffield Fisheries, Inc**
**PO Box 309**
**Port Saint Joe, FL 32457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,280.59**

**Regions Bank**
**P.O. Box 1984**
**Birmingham, AL 35201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6556**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,862.00**

**Retif Oil & Fuel**
**1840 Jutland Drive,**
**Harvey, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,630.50**

**Rosepoint Navigations**
**NE 68th St.**
**Suite A100**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,472.87**

**Rouses Enterprises, LLC**
**PO Box 5358**
**Thibodaux, LA 70302-5358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,557.16**

**Sewart Supply, LLC**
**P.O. Drawer L**
**Morgan City, LA 70381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Surf N Turf**
**1101 Radcliff Avenue**
**Lynn Haven, FL 32444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,841.88**

**Talley, Anthony, Hughes & Knight, LLC**
**2250 7th Street**
**Mandeville, LA 70471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,202.46**

**Thuy "Christina" Couvillion**
**1254 N. Columbia Street**
**Covington, LA 70433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Loan from sole member to Debtor to cover payroll expenses.__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|

**TM Marine & Fabrication LLC**
**3008 Jean Lafitte Blvd**
**Lafitte, LA 70067**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,080.00** |
|---|---|---|---|

**TM Metal Services LLC**
**2901 Jean Lafitte Blvd**
**Lafitte, LA 70067**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,019.00** |
|---|---|---|---|

**Tranchina & Mansfield, LLC**
**321 E. Kirkland Street**
**Covington, LA 70433**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,796.45** |
|---|---|---|---|

**Tug & Barge Solutions, LLC**
**P.O. Box 1587**
**Daphne, AL 36526**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$147,082.34** |
|---|---|---|---|

**U.S. Small Business Administration**
**365 Canal Street**
**Suite 2820**
**New Orleans, LA 70130**

Date(s) debt was incurred __

Last 4 digits of account number **7409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SBA EIDL Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$399.00** |
|---|---|---|---|

**UDA**
**2272 Moores Mill Road**
**Suite 201**
**Auburn, AL 36830**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,295.34** |
|---|---|---|---|

**United Healthcare**
**PO Box 959782**
**Saint Louis, MO 63195-9782**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $233.77 |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266-0108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $690.20 |
|---|---|---|---|

**Waste Management**
P.O. Box 660345
Dallas, TX 75266-0345

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $725.00 |
|---|---|---|---|

**West Jefferson Industrial Medicine**
107 Wall Blvd.
Suite A
Gretna, LA 70056

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Angie Arceneaux Akers**<br>Suite 500 - Two Lakeway Center<br>3850 N. Causeway Boulevard<br>Metairie, LA 70002 | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Capital One**<br>P.O. Box 85617<br>Richmond, VA 23285 | Line **3.13**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Capital One**<br>P.O. Box 60599<br>City of Industry, CA 91716 | Line **3.13**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Capital One**<br>P.O. Box 85617<br>Richmond, VA 23285 | Line **3.14**<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Christopher R. Pennison**<br>Suite 500 - Two Lakeway Center<br>3850 N. Causeway Boulevard<br>Metairie, LA 70002 | Line **3.9**<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **David J. Messina**<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2300 | Line **3.10**<br>☐ Not listed. Explain ____ | __ |

| Debtor | **Quality First Construction LLC** | Case number (if known) | **25-11157** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Fernand L. Laudumiey, IV**<br>**2300 Energy Centre**<br>**1100 Poydras Street**<br>**New Orleans, LA 70163-2300** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Jay M. Lonero**<br>**Suite 500 - Two Lakeway Center**<br>**3850 N. Causeway Boulevard**<br>**Metairie, LA 70002** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Natalie B. Barnes**<br>**2900 Ridgelake Drive**<br>**Metairie, LA 70002** | Line **3.27**<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Nicole C. Katz**<br>**2300 Energy Centre**<br>**1100 Poydras**<br>**New Orleans, LA 70163-2300** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Regions Bank**<br>**c/o Corporation Service Company**<br>**450 Laurel Street, 8th Floor**<br>**Baton Rouge, LA 70801** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Regions Bank**<br>**1900 Fifth Avenue North**<br>**Birmingham, AL 35203** | Line **3.56**<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Timothy W. Hassinger**<br>**3 Sanctuary Blvd.**<br>**3rd Floor**<br>**Mandeville, LA 70471** | Line **3.23**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **U.S. Small Business Administration**<br>**500 Poydras Street**<br>**Suite 828**<br>**New Orleans, LA 70130** | Line **3.68**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 2,371,506.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,371,506.03 |

**Fill in this information to identify the case:**

Debtor name **Quality First Construction LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number (if known) **25-11157**

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **The Debtor is the lessee of a dock in Harvey, LA.**<br><br><br>**Harvey Dock, LLC**<br>**2333 Brooklyn Avenue**<br>**Harvey, LA 70058** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **The Debtor is the lessee of a 3000 sq. ft. office building/house which is the Debtor's headquarters.**<br><br>**Headquarters 1, LLC**<br>**1254 N. Columbia Street**<br>**Covington, LA 70433** |

**Fill in this information to identify the case:**

Debtor name __**Quality First Construction LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF LOUISIANA__

Case number (if known) __**25-11157**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Headquarters 1, LLC** | **1254 N. Columbia Street Covington, LA 70433** | **Darryl S. Couvillion, Jr.** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **MV CAPT KEDO LLC** | **1254 N. Columbia Street Covington, LA 70433** | **Harvey Dock, LLC** | ■ D __**2.5**__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Patriot Marine Services, LLC** | **P.O. Box Raceland, LA 70394** | **Barbara Rivera-Fulton, Chapter 7 Trustee** | ☐ D _____<br>■ E/F __**3.10**__<br>☐ G _____ |
| 2.4 | **Purple Coast Equipment, LLC** | **1254 N. Columbia Street Covington, LA 70433** | **First Horizon** | ☐ D _____<br>■ E/F __**3.27**__<br>☐ G _____ |
| 2.5 | **Teche Towing** | **2805 Hwy. 128 East Morgan City, LA 70380** | **Barbara Rivera-Fulton, Chapter 7 Trustee** | ☐ D _____<br>■ E/F __**3.10**__<br>☐ G _____ |

| Debtor | **Quality First Construction LLC** | Case number *(if known)* | **25-11157** |

---

**▮ Additional Page to List More Codebtors**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** |

| 2.6 | **Thuy "Christina" Couvillion** | **1254 N. Columbia Street Covington, LA 70433** | **Darryl S. Couvillion, Jr.** | ■ D   **2.1** <br> ☐ E/F _____ <br> ☐ G _____ |

---

| 2.7 | **Thuy "Christina" Couvillion** | **1254 N. Columbia Street Covington, LA 70433** | **Capital One** | ☐ D _____ <br> ■ E/F   **3.13** <br> ☐ G _____ |

---

| 2.8 | **Thuy "Christina" Couvillion** | **1254 N. Columbia Street Covington, LA 70433** | **Capital One** | ☐ D _____ <br> ■ E/F   **3.14** <br> ☐ G _____ |

---